FILED

10 SEP 29 PM 1:20

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2010 Grand Jury

UNITED STATES OF AMERICA,      ) Case No. **10CR3891 JAH**
                               )
              Plaintiff,       ) **I N D I C T M E N T**
                               )
     v.                        ) Title 21, U.S.C., Secs. 952 and
                               ) 960 - Importation of Methamphetamine
JUAN FRANCISCO                 )
       CANIZALES-RAMIREZ,      )
                               )
              Defendant.       )
_____)

The grand jury charges:

On or about July 31, 2010, within the Southern District of California, defendant JUAN FRANCISCO CANIZALES-RAMIREZ did knowingly and intentionally import 500 grams and more of a mixture and substance containing a detectable amount, to wit: approximately 10.58 kilograms (23.28 pounds) of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: September 29, 2010.

A TRUE BILL:

_____
Foreperson

LAURA E. DUFFY
United States Attorney

By: _____
SHEILA NAGARAJ
Assistant U.S. Attorney

SNN:nmc:Imperial
9/27/10